UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA D. DOWLING,

                     Plaintiff,

          -against-

SEDGWICK,

                     Defendant.

26-CV-3151 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but she did not use the court's form, and the information is incomplete. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached Amended IFP application. If Plaintiff submits the Amended IFP application, it should be labeled with docket number 26-CV-3151 (LTS).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.[1]

---

[1] Another district court recently noted in a case that Plaintiff filed that:

Plaintiff has filed no less than seventy-nine (79) *pro se* civil actions spanning nine federal courts. See https://pacer.uscourts.gov (last visited March 6, 2026). In 2024, the District of Arizona entered an Order finding Plaintiff to be a vexatious litigant and enjoined her from filing any new actions in that court without obtaining leave of the court.

*Dowling v. Mass.*, No. 25-CV-30150, 2026 WL 674291, at *2 (D. Mass. Mar. 10, 2026).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    April 20, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

2