UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA D. DOWLING,

                    Plaintiff,

        -against-

SEDGWICK.,

                    Defendant.

26 CIVIL 003151 (LTS)

## **CIVIL JUDGMENT**

For the reasons stated in the May 26, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

        SO ORDERED.

Dated:    May 28, 2026
           New York, New York

                            /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                Chief United States District Judge